EMMA L. PUTNAM, Respondent, *v.* VILLAGE OF SAVONA, Appellant.

*Putnam* v. *Village of Savona*, 145 App. Div. 910, affirmed.
(Argued December 3, 1913; decided December 19, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 23, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*William H. Nichols* for appellant.

*Thomas F. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., CHASE, CUDDEBACK and HOGAN, JJ. Dissenting: HISCOCK, COLLIN and MILLER, JJ.